TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Virginia.Tomova@usdoj.gov

*Attorneys for the Federal Respondents*

Spencer Judd Jr., Esq.
NV Bar #14219
SJ Law, LLC
720 E Charleston Blvd., Ste. 165
Las Vegas, NV 89104
Phone: (702) 572-5939
immigration@sjlaw.vegas

*Counsel for Petitioner*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

Oscar GANDARA SIMENTAL,
            *Petitioner*,

v.

Jason KNIGHT, *et al*.,
            *Respondents*.

Case No. 2:26-cv-00205-RFB-NJK

**Stipulated Scheduling Order Pursuant to Order Granting Preliminary Injunction (ECF No. 9)**

This Scheduling Order is issued pursuant to Federal Rule of Civil Procedure 16(b), the Rules Governing Section 2241 Cases in the United States District Courts, and Local Rule 16-1.

Having conferred, Counsel for Petitioner and counsel for Respondents propose the following course of proceedings in this action.

**IT IS ORDERED:**

    1.    **Response to Petition.** Respondents shall file and serve an answer or other response to the Petition for a Writ of Habeas Corpus (ECF No. 1) on or before March 13, 2026.

1

2.    **Reply and Response to Reply.** Petitioner shall have 7 days following service of an answer to file and serve a reply. Respondents shall thereafter have 7 days following service of a reply to file and serve a response to the reply.

3.    **Status Reports and Status Conferences.** The court may from time to time, as the need arises, schedule status conferences, and/or require the filing and service of status reports, in order to manage the progress of this action.

4.    **IT IS FURTHER ORDERED** that Local Rules 7-2, 7-3, and 7-4 will govern the requirements and scheduling of all other motions filed by either party.

5.    **IT IS FURTHER ORDERED** that the parties shall file all documents and exhibits in accordance with Local Rules LR IA 10-1 through 10-5.

6.    **IT IS FURTHER ORDERED** that the parties must meet and confer regarding any requests for an extension of time or continuance and must stipulate to the extension if possible. Any motion for extension must certify efforts taken to meet and confer and indicate the opposing party's position regarding the extension. Any motion or stipulation must comply with Federal Rule of Civil Procedure 6(b) and Local Rules IA 6-1, 6-2.

**DATED** this 22nd day of February 2026.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

Respectfully submitted this 20th day of February 2026.

/s/Spencer Judd Jr., Esq.
NV Bar# 14219
SJ Law
720 E Charleston Blvd., Ste. 165

2

Las Vegas, NV 89104
Phone: (702) 572-5939
immigration@SJLaw.vegas

*Counsel for Petitioner*

TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
/s/ Virginia T. Tomova
VIRGINIA T. TOMOVA
Assistant United States Attorney

*Attorneys for the Federal Respondents*